F. L. STEVENS, Appellant, v. W. P. TEEL, Appellee. (No. 1818.)

Court of Civil Appeals of Texas. Beaumont. April 18, 1929.

Rehearing Denied May 15, 1929.

B. F. Pye, of Beaumont, for appellant.
H. D. Grogan, of Liberty, for appellee.

WALKER, J. This appeal is by writ of error, but the parties are referred to as appellant and appellee.

Appellant instituted the suit in county court against appellee upon a series of six promissory notes, dated August 16, 1926, and maturing, as appears upon their face, from two to seven months after their respective dates. Five of the notes were for $34 each, and one for $23. Each note stipulated for a reasonable attorney's fee, if not paid when due and collected by suit. The due date of the notes was printed on their face. The note due seven months after date showed that the word "one" had been erased and "seven" written above it. The notes were given by appellee to the Brenard Manufacturing Company, and by it indorsed and delivered to appellant. Appellee answered by pleas of fraud, failure of consideration, alteration, etc. Upon a trial to the court without a jury, judgment was in favor of appellee.

Appellant advances nine assignments of error supported by six propositions. The principal point urged by him is that as a matter of law he was an innocent purchaser in good faith of the notes sued upon. Though the statement of facts contains 33 pages, appellant has brought forward only a few citations from his evidence and that of one of his witnesses on the issues raised by his brief. The statement made is wholly insufficient to enable us to review the conclusions of the trial court, or even to understand the nature and character of the testimony offered. However, without reference to the statement made by appellant, we have examined the facts sufficiently to convince us that the judgment of the trial court has abundant support.

Affirmed.

Lino TREVINO, Sr., et al., Appellants, v. Felix HOBBS, Appellee. (No. 8210.)

Court of Civil Appeals of Texas. San Antonio. April 24, 1929.

Goodhue Weatherly, of Falfurrias, for appellants.
J. W. Wilson, of Falfurrias, for appellee.

SMITH, J. This suit was originally brought in the court of a justice of the peace, by appellee, Hobbs, against Lino Trevino and others, to recover the amount of a promissory note for $150, with interest and attorney's fees. Upon appeal to the county court, Hobbs recovered as prayed for, and Trevino and his associate have appealed.

Appellants have filed no assignments of error or briefs in this court, and it appearing that the court below had jurisdiction of the parties and subject-matter, and no fundamental error being apparent upon inspection of the record,

The judgment will be affirmed.